| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) <br><br> DIAMOND, GUSTAVE | 2. Court or Organization <br><br> U.S.District Court, W.D.PA | 3. Date of Report <br><br> 5/24/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge (Senior) | 5. ReportType (check appropriate type) <br><br> ○ Nomination,    Date <br><br> ○ Initial    ● Annual    ○ FInal | 6. Reporting Period <br><br> 1/1/2004 <br> to <br> 12/31/2004 |
| 7. Chambers or Office Address <br><br> U.S.DISTRICT COURT,W.D.PA <br><br> 821 U.S.P.O. & Courthouse <br><br> Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 31 A 11: 38
RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>DIAMOND, GUSTAVE | Date of Report<br><br>5/24/2005 |
| --- | --- | --- |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. N-G Development Associates gas well shares,12/87@$12,000 | | None | J | W | | | | | See Note 3 |
| 2. Fidelity Group, Fidelity Equity Fund (IRA) | A | Dividend | J | T | | | | | |
| 3. Legg Mason Wood Walker - Money Market | A | Interest | J | T | | | | | |
| 4. American Funds Group - Washington Mutual Fund | A | Dividend | K | T | | | | | |
| 5. AFLAC, Common Stock | A | Dividend | K | T | | | | | |
| 6. Ford Motor Co., Common Stock | A | Dividend | J | T | | | | | |
| 7. American Funds Group Washington Mutual, Shares | A | Dividend | K | T | | | | | |
| 8. Motorola, Common Stock | A | Dividend | J | T | | | | | |
| 9. Proctor & Gamble, Common Stock | A | Dividend | J | T | | | | | |
| 10. Merck, Common Stock | A | Dividend | | | Sell | 11/23 | J | | |
| 11. PNC, Common Stock | A | Dividend | J | T | | | | | |
| 12. Suntrust Banks, formerly listed here as CCB Financial | A | Dividend | J | T | | | | | |
| 13. American Funds Group Growth Fund of America | A | Dividend | K | T | Buy | 10/22 | J | | |
| 14. Fidelity Equity Income (IRA) | B | Dividend | K | T | Part.Redem | 12/1 | | | |
| 15. Fidelity Equity Income (Individual) | B | Dividend | K | T | Buy | 12/1 | | | |
| 16. Baxter International | A | Dividend | J | T | | | | | |
| 17. Daimler Chrysler Bond | A | Interest | K | T | | | | | |
| 18. BGE-Capital Trust II | B | Interest | K | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. General Motors Acceptance Corp. Bond | B | Interest | K | T | | | | | |
| 20. Sears Roebuck Acceptance Corp. Bond | B | Interest | K | T | | | | | |
| 21. Legg Mason Money Market | A | Interest | J | T | | | | | |
| 22. American Funds Group, Washington Mutual (Trust ccount) | B | Dividend | L | T | | | | | |
| 23. Smucker, JM | A | Dividend | J | T | | | | | |
| 24. Allegheny County Fed.Employees Credit Union (C-D) | A | Interest | J | T | | | | | |
| 25. American General Insurance Annuity | A | Interest | J | T | | | | | |
| 26. Mass Mutual Permanent Life Policy | D | Dividend | K | T | | | | | |
| 27. National City Bank Account ("National City") | B | Interest | J | T | | | | | |
| 28. American Funds Capital Income Builder | B | Dividend | L | T | Buy | 7/8 | L | | See Note 1 |
| 29. Parkvale Bank C-D | B | Interest | K | T | | | | | |
| 30. American Balanced Fund | A | Dividend | K | T | Buy | 7/9 | J | | See Note 1 |
| 31. Pfizer | A | Dividend | J | | | | | | |
| 32. American Funds Capital Income Builder | C | Dividend | L | T | Buy | 2003 | J | | See Note 2 |
| 33. American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 34. American Funds New Perspective | A | Dividend | K | T | Buy | 10/22 | J | | |
| 35. | | | | | Buy | 1/16 | J | | |
| 36. | | | | | Buy | 12/13 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. American Funds Washington Mutual Investors Fund | A | Dividend | L | T | | | | | |
| 38. Legg Mason Value Trust | A | Dividend | K | T | Buy | 1/05 | J | | |
| 39. | | | | | Buy | 2/25 | J | | |
| 40. | | | | | Buy | 7/12 | J | | |
| 41. National City C-D | A | Interest | J | T | | | | | |
| 42. American Funds Investment Co. of America | A | Dividend | K | T | Buy | 1/05 | J | | |
| 43. | | | | | Buy | 1/16 | J | | |
| 44. Symantec | | None | | | Buy | 2/25 | J | | |
| 45. Symantec | | None | | | Sold | 6/22 | J | | |
| 46. Pfizer | A | Dividend | J | T | | | | | |
| 47. Legg Mason (Cash Reserves) | | None | J | T | | | | | See Note 1 |
| 48. Blackrock Dividend Trust | B | Dividend | K | T | | | | | |
| 49. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 50. Smallcap World Fund | A | Dividend | K | T | Buy | 1/30 | J | | See Note 1 |
| 51. | | | | T | Buy | 3/1 | J | | See Note 1 |
| 52. | | | | T | Buy | 4/1 | J | | See Note 1 |
| 53. | | | | T | Buy | 4/30 | J | | See Note 1 |
| 54. | | | | T | Buy | 6/1 | J | | See Note 1 |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | T | Buy | 7/1 | J | | See Note 1 |
| 56. | | | | T | Buy | 7/8 | K | | See Note 1 |
| 57. New Perspective Fund | A | Dividend | K | T | Buy | 1/30 | J | | See Note 1 |
| 58. | | | | T | Buy | 3/1 | J | | See Note 1 |
| 59. | | | | T | Buy | 4/1 | J | | See Note 1 |
| 60. | | | | T | Buy | 4/30 | J | | See Note 1 |
| 61. | | | | T | Buy | 6/1 | J | | See Note 1 |
| 62. | | | | T | Buy | 7/1 | J | | See Note 1 |
| 63. | | | | T | Buy | 7/8 | K | | See Note 1 |
| 64. Investment Co. of America | B | Dividend | L | T | Buy | 1/30 | J | | See Note 1 |
| 65. | | | | T | Buy | 3/1 | J | | See Note 1 |
| 66. | | | | T | Buy | 4/1 | J | | See Note 1 |
| 67. | | | | T | Buy | 4/30 | J | | See Note 1 |
| 68. | | | | T | Buy | 6/1 | J | | See Note 1 |
| 69. | | | | T | Buy | 7/1 | J | | See Note 1 |
| 70. | | | | T | Buy | 7/8 | J | | See Note 1 |
| 71. Freescale Semiconductor | | None | J | T | Spinoff | 1/04 | J | | |
| 72. Medco Health Solutions | | None | J | T | Spinoff | 1/04 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.   Duke Realty | | None | K | T | Buy | 12/28 | K | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000        G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:                J = $15,000 or less          K = $15,001-$50,000         L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000        O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                             P4 = $More than $50,000,000

3. Value Method Codes          Q = Appraisal                R = Cost (Real Estate Only)  S = Assessment              T = Cash/Market
   (See Column C2)             U = Book Value               V = Other                   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DIAMOND, GUSTAVE | 5/24/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Note 1: Fidelity Cash Rserves were redeemed in full on 12/23/03 - See Line 79 on the report for 2003. These funds were deposited in a cash reserves account at Legg Mason - See Line 80 of 2003 report and Line 47 of this report from which specific investments periodically were made in 2004. For convenience, for each "buy" made with funds from this account rather than list the related "sell" from the account, I have a note in Column D-5 to see this note.

Note 2: On line 32 American Funds Capital Income Builder, I list a buy madeon 2003 (5/5/03). That was omitted inadvertently from the 2003 report. Likewise, the value code for this item was stated incorrectly as "J" instead of as "L" on that report, which I request be amended accordingly.

Note 3: This "asset" has been inactive for years. It has no real value and it will not be reported in the future.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 24, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544